# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| SAMUEL PIERCE, | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 22-00083 JMS-KJM |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| MARIE GAVIGAN, GARY YAMASHIROYA, DAVID MATSUMIYA, | March 30, 2022<br>At 4 o'clock and 07 min p.m.<br>PAM HARTMAN BEYER, CLERK |
| Defendant(s). | |

[ ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that this action is dismissed under Federal Rule of Civil Procedure 41(a)(1)(A)(i) pursuant to ECF No. 16, Entering Order, filed on March 30, 2022.



| | |
|---|---|
| March 30, 2022 | PAM HARTMAN BEYER |
| Date | Clerk |
| | /s/ PAM HARTMAN BEYER by J.O. |
| | (By) Deputy Clerk |